**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER•
HUGO G. ORTEGA
•MEMBER OF N.Y., NJ. AND D.C. BAR

| | |
|---|---|
| **NEW YORK CITY OFFICE** | **WHITE PLAINS OFFICE** |
| 299 BROADWAY | 175 MAIN STREET |
| SUITE 1700 | SUITE 800 |
| NEW YORK, NY 10007 | WHITE PLAINS, NY 10601 |
| OFFICE: (212) 962-1333 | OFFICE: (914) 358-5998 |
| FAX: (212) 962-1778 | FAX: (914) 761-0995 |

April 5, 2024

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**APPLICATION GRANTED**

_Judith C. McCarthy_
**Hon. Judith C. McCarthy**   4-5-2024

By ECF and Email/PDF

Re:   *United States v. Joseph Perez*, 24-mj-1165
Letter Motion to be Removed from ECF Notifications

Dear Judge McCarthy:

On March 20, 2024, I was appointed pursuant to CJA to represent Mr. Perez for presentment only (ECF Doc. No. 8). Accordingly, I write to the Court requesting to be removed from the anticipated further voluminous ECF notifications for this case.

Thank you, Your Honor, for your consideration.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   All Parties (By ECF)